United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS EDUARDO MORALES ALONZO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01660** |
| | § | |
| **U.S. DEPATMENT OF HOMELAND SECURITY, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Respondents' Advisory, (Dkt. No. 8), in which they advise the Court that Petitioner's removal is imminent.

The Court **ORDERS** Respondents to file an advisory **within the 48 hours following Petitioner's removal** notifying the Court that Petitioner has been removed from the United States.

It is so **ORDERED**.

**SIGNED** on October 7, 2026.

John A. Kazen
United States District Judge