United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS EDUARDO MORALES ALONZO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01660** |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,** | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is Respondents' Advisory dated September 22, 2026, (Dkt. No. 8), in which they advised the Court of Petitioner's imminent removal from the United States. On October 7, 2026, the Court ordered Respondents to file an advisory within the 48 hours following Petitioner's removal. (Dkt. No. 10).

More than six weeks have passed since Respondents advised that Petitioner's removal was "imminent." A review of the U.S. Immigration and Customs Enforcement Detainee Locator does not return any results under a search for Petitioner. *See Detainee Locator*, U.S. Immigr. & Customs Enf't, https://locator.ice.gov/odls/#/results (last visited Nov. 4, 2026) ("Your search has returned zero (0) matching records."). Respondents have not filed an advisory with the Court advising that Petitioner is no longer present in the United States.

The Court **ORDERS** Respondents to file an advisory **by November 6, 2026**, informing the Court whether Petitioner has been removed from the United States or, if Petitioner has not yet been removed, what Respondents' intentions are for Petitioner's removal.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on November 4, 2026.

John A. Kazen
United States District Judge